No. 81–624. O'CONNELL ET AL. *v.* KNISKERN, SUPERINTENDENT OF SCHOOLS OF THE SCHOOL DISTRICT OF MUKWONAGO, ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–629. CLARK *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 81–635. O'CONNOR, BY HER PARENTS AND NEXT FRIENDS, O'CONNOR ET UX. *v.* BOARD OF EDUCATION OF SCHOOL DISTRICT 23 ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–640. BERGER *v.* NORTH AMERICAN COMPANY FOR LIFE & HEALTH INSURANCE. C. A. 5th Cir. Certiorari denied.

No. 81–641. DEPENDAHL ET AL. *v.* KALMANOVITZ. C. A. 8th Cir. Certiorari denied.

No. 81–642. BANK OF MONTREAL *v.* OLAFSSON. C. A. 6th Cir. Certiorari denied.

No. 81–647. CAMMISANO *v.* UNITED STATES SENATE PERMANENT SUBCOMMITTEE ON INVESTIGATIONS. C. A. D. C. Cir. Certiorari denied.

No. 81–648. AMAAN ET AL. *v.* CITY OF EUREKA, MISSOURI, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 81–652. ARNOLD ET AL. *v.* CNA FINANCIAL CORP. C. A. 2d Cir. Certiorari denied.

No. 81–654. SUPANICK *v.* SUPANICK. Sup. Ct. Ohio. Certiorari denied.